```
                                                    Eastern District of Kentucky
                                                            FILED
           UNITED STATES DISTRICT COURT
           EASTERN DISTRICT OF KENTUCKY                    SEP 3 0 2006
                    AT COVINGTON
                                                          AT COVINGTON
                                                         LESLIE G WHITMER
                                                      CLERK U S DISTRICT COURT
```

CIVIL ACTION NO. 04-212-DLB

729, INC., ET AL.                                                           **PLAINTIFFS**

vs.                                        **JUDGMENT**

**KENTON COUNTY FISCAL COURT**                                              **DEFENDANT**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Pursuant to the Opinion and Order filed contemporaneously herewith,

**IT IS ORDERED AND ADJUDGED** that judgment is hereby granted for the Defendant; and that this matter is hereby **dismissed** and **stricken** from the docket of this Court.

This is a Final and Appealable Order.

This 30th day of September, 2006.



Signed By:
*David L. Bunning*   DB
**United States District Judge**

G:\DATA\Opinions\2-04-212-Judgment.wpd